Darrell Dennis
Lewis Brisbos
6385 South Rainbow Blvd
Suite 600
Las Vegas, NV 89118
P: 702-693-4368
F: 702-893-3789
E: Darrell.Dennis@lewisbrisbois.com
Attorney for Defendant
Verizon

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CLYDE C. GIVENS,<br><br>　　　　Plaintiff,<br>　vs.<br><br>VERIZON WIRELESS AND EQUIFAX INFORMATION SERVICES, LLC, DFTS.<br><br>　　　　Defendants. | Case No.: 218CV00574JADVCF<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**<br><br>(First Request)<br><br>Hon: Jennifer Dorsey<br>Magistrate Judge: Cam Ferenbach |

　　　Plaintiff Clyde C. Givens and Defendant Verizon Wireless (VAW) stipulate that Verizon Wireless (VAW) shall have through and including **May 23, 2018**, to answer or otherwise respond to Plaintiff's Complaint. This brief extension of time is required to enable Verizon Wireless's (VAW) to review the allegations and factual background in order to respond to the Complaint. This request for an extension of time is made in good faith and not for purposes of delay.

STIPULATION　　　　　　　　　　　　　　　1

DATED this 25th day of April 2018.

                                        David H. Krieger, Esq.
                                        */s/ David Krieger, Esq.*
                                        Attorney for Plaintiff
                                        Clyde C. Givens

                                        Darrell Dennis

                                        Attorney for Defendant
                                        VERIZON

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 4-30-2018