1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DARRELL D. DENNIS
Nevada Bar No. 6618
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Fax: 702.893.3789
E-Mail: Darrell.Dennis@lewisbrisbois.com
*Counsel for Verizon Wireless*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CLYDE C. GIVENS,<br><br>                    Plaintiff,<br><br>v.<br><br>VERIZON WIRELESS AND EQUIFAX<br>INFORMATION SERVICES, LLC,<br><br>                    Defendants. | Case No. 2:18-cv-00574-JAD-VCF<br><br>**JOINT STIPULATION AND ORDER EXTENDING VERIZON WIRELESS' TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |

Plaintiff Clyde C. Givens ("Plaintiff") and Defendant Verizon Wireless by and through their respective counsel, file this Joint Stipulation Extending Defendant Verizon Wireless's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On March 29, 2018, Plaintiff filed his Complaint. The current deadline for Verizon Wireless to answer or otherwise respond to Plaintiff's Complaint is May 23, 2018. Verizon Wireless needs additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Verizon Wireless has to answer or otherwise respond to Plaintiff's Complaint up to and including **June 6, 2018**. This is the second stipulation for extension of time for Verizon Wireless to respond to Plaintiff's Complaint. The time within which Verizon Wireless must respond to the Complaint has not yet expired.

1  WHEREFORE, Defendant Verizon Wireless respectfully requests this Court to enter an

2  Order granting this Joint Stipulation Extending Defendant Verizon Wireless's Time to File an

3  Answer or Otherwise Respond to Plaintiff's Complaint and extend the deadline for Verizon

4  Wireless to file its responsive pleading to Plaintiff's Complaint, up to and including **June 6,**

5  **2018**.

6  DATED: May 17, 2018

7  LEWIS BRISBOIS BISGAARD & SMITH LLP

8

9  _____/s/ Darrell D. Dennis_____
   DARRELL D. DENNIS

10  Nevada Bar No. 6618
    6385 S. Rainbow Boulevard, Suite 600

11  Las Vegas, Nevada 89118
    Telephone: 702.893.3383

12  Fax: 702.893.3789
    E-Mail: Darrell.Dennis@lewisbrisbois.com

13  *Counsel for Verizon Wireless*

14
    HAINES & KRIEGER, LLC

15

16  _____/s/ David H. Krieger_____

17  DAVID H. KRIEGER
    8985 S. Eastern Avenue, Suite 350

18  Henderson, NV 89123
    Telephone:  (702) 880-5554

19  Fax:  (702) 385-5518
    E-Mail: dkrieger@hainesandkrieger.com

20  *Counsel for Plaintiff*

21

22  IT IS SO ORDERED:

23

24  _____
    UNITED STATES MAGISTRATE JUDGE

25  DATED: _____May 18, 2018_____

26

27

28